1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ORLANDO VIBANCO,                        No.  2:17-cv-1406-EFB P

12                    Petitioner,

13         v.                               ORDER

14  SHAWN HATTON,

15                    Respondent.

16

17         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.  Because petitioner challenges a sentence imposed by the Fresno County

19  Superior Court, petitioner should have commenced this action in the Fresno Division of the

20  United States District Court for the Eastern District of California.  *See* E.D. Cal., Local Rule

21  120(d).  When a civil action has not been commenced in the proper division of a court, the court

22  may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

23         Accordingly, it is hereby ordered that:

24         1.  This action is transferred to the district court in Fresno.

25         2.  The Clerk of Court shall assign a new case number.

26  /////

27  /////

28  /////

1       3.   All future filings shall bear the new case number and shall be filed at:

2
        United States District Court
3
        Eastern District of California
        2500 Tulare Street
4
        Fresno, CA 93721

5    Dated:  July 12, 2017.

6
                  EDMUND F. BRENNAN
7
                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28